REQUEST FOR COURT ACTION / DIRECTION

TO: James Molinelli
Clerk's Office

OFFENSE: <u>CONSPIRACY TO DISTRIBUTE COCAINE BASE [21 USC 846]</u>

ORIGINAL SENTENCE: <u>One-Hundred (100) months imprisonment; five years Supervised Release</u>

SPEC. CONDITIONS:
1. <u>The defendant shall submit to a substance abuse evaluation, drug testing and complete treatment as approved by the Probation Officer. The defendant shall contribute to the costs of services rendered (co-pay) in an amount to be determined by the Probation Officer based upon ability to pay or availability of third parrty payments.</u>
2. <u>The defendant shall not own or possess any firearm or dangerous weapon.</u>

FROM: Yvonne Rivera
U.S. Probation Officer

RE: **WIGGINS, Darryl**
Docket # 1:00-CR-110-003

07 CRIM 1002

DATE OF SENTENCE: <u>August 21, 2001</u>

DATE: October 22, 2007

ATTACHMENTS: PSI <u>X</u>   JUDGMENT <u>X</u>

REQUEST FOR: COURT DIRECTION <u>X</u>

---

## REQUEST FOR ACCEPTANCE OF JURISDICTION

This offender was sentenced in the Northern District of New York on August 21, 2001, as outlined above. He was released from custody on June 28, 2007 to commence his supervised release tern. On September 4, 2007, the Northern District of New York initiated a transfer of jurisdiction with their Court, based on his permanent residence in this district.

Enclosed please find Probation Form 22(s) signed on September 4, 2007 by the Honorable Thomas J. McAvoy. U.S. District Judge for the Northern District of New York, ordering that their Court records be transferred to the Southern District of New York, upon this Court's acceptance of jurisdiction.

WIGGINS, Darryl                                                    P12160-YR
Docket #1:00-CR-00110-003
Page 2

We respectfully request that the Court consider accepting the transfer of jurisdiction in this matter. If the Court is in agreement with this recommendation, we ask that both of the enclosed forms (Probation 22), be endorsed and returned to our office.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: _____
    Yvonne Rivera
    U.S. Probation Officer
    212-805-5192

Approved By: _____
    Avriel G. George    Date:
    Supervising U.S. Probation Officer

  /dg
Enclosures